UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL L. LOGAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,

Defendant.

NO. 2:17-CV-0394-TOR

ORDER WITHDRAWING PLAINTIFF'S MOTION TO REMAND

BEFORE THE COURT is Plaintiff Michael L. Logan's Motion to Remand (ECF No. 5). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed. Plaintiff first moved the Court to remand the instant action back to state court, complaining Defendant has failed to demonstrate that either Plaintiff's individual claim against Defendant Union Pacific Railroad is equal to or exceeds $75,000 or that the class

ORDER WITHDRAWING PLAINTIFF'S MOTION TO REMAND ~ 1

action as a whole has a potential claim for $5 million under the Class Action Fairness Act. ECF No. 5. Defendant opposed the motion by demonstrating the class action could exceed $5 million. ECF No. 15. Plaintiff now agrees the amount in controversy is met and withdraws the Motion to Remand. ECF No. 24. For good cause shown and pursuant to Plaintiff's request, the Motion to Remand is withdrawn.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff Michael Logan's Motion to Remand (ECF No. 5) is **WITHDRAWN** pursuant to Plaintiff's request.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** February 5, 2018.



　　　　　　　　　　THOMAS O. RICE
　　　　　　　　Chief United States District Judge