# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MICHAEL L. LOGAN, GREGORY NEAL GONZALES, et al.,<br>*Plaintiff*<br>v.<br>UNION PACIFIC RAILROAD CO., BNSF RAILWAY COMPANY,<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 2:17-CV-0394-TOR<br>(Consolidated) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Judgment on the Pleadings (ECF No. 35) and Request for Judicial Notice (ECF No. 36) are GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion for judgment on the pleadings (ECF No. 35).

Date: June 13, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry